1  STEVEN W. MYHRE
   Acting United States Attorney
2  District of Nevada

3  TROY K. FLAKE
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Telephone: 702-388-6336
   Email: *troy.flake@usdoj.gov*
6  *Attorneys for the United States*

7  L. DIPAUL MARRERO II, ESQ.
   Nevada Bar No. 012441
8  GOLIGHTLY & ASSOCIATES
   8560 South Eastern Ave., Suite 240
9  Las Vegas, NV 89123
10 Telephone (702) 222-3333
   *Attorneys for Plaintiff*

11

12

13                    **UNITED STATES DISTRICT COURT**

14                        **DISTRICT OF NEVADA**

15 GOLIGHTLY & ASSOCIATES,            )
                                      )  Case No. 2:17-cv-02715-JAD-VCF
              Plaintiff,              )
16                                    )
                                      )
       v.                             )
17                                    )
   BENIGNO PONCE, as Administrator of and  )  **ORDER GRANTING STIPULATION**
18 on behalf of the Estate of FIDELA PONCE;  )  **TO REMAND CASE TO STATE**
   UNIVERSITY MEDICAL CENTER;        )  **COURT AND DISMISS DEFENDANT**
19 EMERGENCY MEDICINE PHYSICIANS     )  **CENTERS FOR MEDICARE &**
   OF CLARK UMC (McCourt) PLLC;      )  **MEDICAID SERVICES**
20 DIGNITY HEALTH dba St. Rose Dominican )
   Hospital – Sienna; SHADOW EMERGENCY )
21 PHYSICIANS, LLC; CITY OF          )
   HENDERSON; BADAR ANWAR, M.D.,     )  [ECF No. 6]
22 PROFESSIONAL CORPORATION;         )
   PHYSICAL MEDICINE &               )
23 REHABILITATION SOCIETY OF         )
   NEVADA CORP; DURA MEDIC, LLC,     )
24 HAND SURGERY SPECIALISTS OF       )
   NEVADA (YOUNG), P.C.; MUNAWAR A.  )
25 QURASHI, MD, LLC; SOUTHERN        )
   NEVADA OXYGEN, INC.;              )
26 HEALTHSOUTH REHABILITATION        )
   HOSPITAL OF HENDERSON, LLC;       )
27 HEALTHSOUTH REHABILITATION        )
   HOSPITAL OF LAS VEGAS, LLC;       )
28 CHAMIAN MEDICAL GROUP, PLLC;      )

                                     1

| | |
|---|---|
| OASIS MEDICAL ASSOCIATES INC.; | ) |
| CENTERS FOR MEDICARE & MEDICAID | ) |
| SERVICES; BONE & JOINT SPECIALISTS | ) |
| and DOES 1 through 10; ROE COMPANIES | ) |
| 11-20, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Based on the stipulation [ECF No. 6] between plaintiff Golightly & Associates and defendant Centers for Medicare & Medicaid Services, it is clear that this court lacks jurisdiction, IT IS THEREFORE ORDERED that this case is **REMANDED back to the Eighth Judical District Court, Clark County, Nevada, Case No. A-17-761176-C, Dept. No. 18**.  The Clerk of Court is directed to CLOSE THIS CASE.

Dated: April 16, 2018

_____
Jennifer A. Dorsey
United States District Judge